UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-81548-CIV-SINGHAL

HOWARD COHAN,

Plaintiff,

v.

MAGIC WINGDOM,

Defendant.
_____/

## ORDER ADMINISTRATIVELY CLOSING CASE

**THIS CAUSE** is before the Court upon the parties' Joint Notice of Settlement (DE [15]) filed on March 13, 2025. The Court having carefully reviewed the file, and being otherwise fully advised, it is hereby

**ORDERED AND ADJUDGED** that the above-styled action is administratively **CLOSED** without prejudice to the parties to file a stipulation for dismissal by **April 14, 2025**. The Court retains jurisdiction to enforce the terms of the Settlement Agreement. The Clerk of Court shall **CLOSE** this case for administrative purposes only. Any pending motions are **DENIED AS MOOT**. All deadlines and hearings are **CANCELLED.**

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 14th day of March 2025.

RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies furnished counsel via CM/ECF